In the Matter of DAVID HENDRICKSON et al., Appellants, against CHARLES

E. Ransom, as County Clerk of Nassau County, Respondent.—

 Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.